UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM M. BROWN, doing business as AFFORDABLE MOVING & STORAGE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRANSGUARD INSURANCE COMPANY OF AMERICA, INC., and DOES 1-100, inclusive,<br><br>Defendants. | No. 2:07-cv-0598-MCE-EFB<br><br><br><br><br>ORDER |

----oo0oo----

The Complaint in this matter was originally brought by Plaintiff Tim M. Brown, doing business as Affordable Moving & Storage, LLC ("Plaintiff") in the Superior State of the State of California for the County of Tuolumne, Case No. CV52698 (filed February 23, 2007). On March 28, 2007, Defendant Transguard Insurance Company of America, Inc. ("Transguard") removed the action to this court on grounds of diversity of citizenship pursuant to 28 U.S.C. §§ 1332 and 1441.

///

1

1     Examination of Plaintiff's Complaint shows that Plaintiff
2 does business in Tuolumne County as a business engaged in
3 residential and commercial moving.  Plaintiff sues Transguard, an
4 insurance company, in connection with its denial of coverage for
5 a fire damage claim asserted by Plaintiff's business.  As
6 indicated, Plaintiff filed suit in Tuolumne County as a result of
7 Transguard's alleged breach of contract in that regard.
8     Tuolumne County is part of the Fresno Division of the
9 United States Court for the Eastern District of California.  See
10 Local Rule 3-120(d).  All civil actions arising in Tuolumne
11 County shall be commenced in Fresno.  Id.
12     Pursuant to Local Rule 3-120(f), any civil action which has
13 not been commenced in the proper court may, on the court's own
14 motion, be transferred to the proper court.  Therefore this
15 action will be transferred to the Fresno Division of the court.
16     IT IS SO ORDERED.

Dated: April 23, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE